1   Deverie J. Christensen, Bar No. 6596
    christensend@jacksonlewis.com
2   Peter D. Navarro, Bar No. 10168
    peter.navarro@jacksonlewis.com
3   **JACKSON LEWIS P.C.**
    3800 Howard Hughes Parkway, Suite 600
4   Las Vegas, Nevada 89169
    Tel:  (702) 921-2460
5   Fax: (702) 921-2461

6   *Attorneys for Defendant*

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9

10  CHARLES "DARREL" JOHNSON, an          Case No. 2:15-cv-01858-RFB-GWF
    individual,

11              Plaintiff,

12       v.

13  NEVADA BEVERAGE CO., a Nevada         **STIPULATION AND ORDER TO DISMISS**
    Corporation; DOES I though V, inclusive;   **WITH PREJUDICE AND ARBITRATE**
14  ROE Corporations I through V, inclusive,   **CLAIMS**

15              Defendant.

16

17       Defendant Nevada Beverage Co. ("Defendant") and Plaintiff Charles "Darrel" Johnson

18  ("Plaintiff"), by and through their counsel, hereby stipulate and agree as follows:

19       WHEREAS, Plaintiff alleges that Pat Clark Enterprises, Inc. ("Pat Clark") and Defendant

20  were his joint employers;

21       WHEREAS, during the course of his employment with Pat Clark, Plaintiff entered into an

22  agreement to arbitrate all disputes arising out of or relating to Plaintiff's employment with Pat

23  Clark (hereinafter, the "Arbitration Agreement").  A true and correct copy of the Arbitration

24  Agreement is attached hereto as Exhibit A.

25       WHEREAS, Plaintiff filed his initial Complaint against Defendant (the "Action) on

26  August 19, 2015, in the Eight Judicial District Court, Clark County Nevada;

27       WHEREAS, on August 29, 2015, Defendant removed the action to federal court;

28

JACKSON LEWIS P.C.
    LAS VEGAS

WHEREAS, Plaintiff acknowledges that the claims alleged in the Complaint fall within the scope of the Arbitration Agreement;

**IT IS HEREBY STIPULATED** by and between Defendant and Plaintiff as follows:

1.      Plaintiff's claims shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement;

2.  Plaintiff's Complaint shall be dismissed with prejudice, with each side bearing their own attorneys' fees and costs incurred up to this point in this Action.

DATED: November 12, 2015                        DATED:  November 12, 2015

JACKSON LEWIS P.C.                              LAW OFFICE OF STEVEN J. PARSONS


/s/Peter D. Navarro                             /s/Andrew L. Rempfer
Deverie Christensen                             Andrew L. Rempfer
Peter D. Navarro                                7201 West Lake Mead Boulevard, Suite 108
3960 Howard Hughes Parkway, Ste. 450            Las Vegas, Nevada 89128
Las Vegas, NV 89169

                                                Attorney for Plaintiff
Attorneys for Defendant


                         IT IS SO ORDERED.


                         _____
                         RICHARD F. BOULWARE, II
                         United States District Judge

                         DATED this 17th day of November, 2015.

4843-3882-4745, v. 1